CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 3 0 2009

JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JERRY LEE PRICE, | ) |
| | ) Case No. 7:09CV00151 |
| v. | ) |
| | ) FINAL ORDER |
| DANVILLE ADULT DETENTION CENTER, ET AL., | ) By: Glen E. Conrad |
| | ) United States District Judge |
| Defendant. | |

For the reasons stated in the memorandum opinion entered this day, it is

**ADJUDGED AND ORDERED**

that this action shall be and hereby is DISMISSED without prejudice, pursuant to 42 U.S.C. § 1997e(a), plaintiff's motion to proceed in forma pauperis is DISMISSED as moot, and the action is stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 30th day of April, 2009.

_____
United States District Judge